**[J-45-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITIONS OF BERNARD A. WILLIAMS AS A CANDIDATE FOR THE STATE HOUSE OF REPRESENTATIVES FOR THE 198TH DISTRICT | : No. 11 EAP 2018<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court entered April 2,<br>: 2018, at No. 152 M.D. 2018 |
| APPEAL OF: HON. ROSITA C. YOUNGBLOOD, JEFFERY M. DICKERSON, THOMAS BAUMAN, AND JANIYA YOUNGBLOOD | : |

## ORDER

**PER CURIAM**

AND NOW, this 27th day of April, 2018, the Order of the Commonwealth Court is hereby **AFFIRMED**. Appellants' Application for Leave to File Post-Submission Communication is hereby **DENIED** as moot.